1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JORDAN VARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-349-EJG |
| --- | --- | --- |
| | ) | CR.S-11-232-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND DISPOSITION HEARING AND EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| JORDAN VARNER, | ) | |
| | ) | |
| Defendant. | ) | Date: December 2, 2011 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date and disposition hearing date of October 14, 2011, be vacated, and the matter be set for status conference and disposition hearing on December 2, 2011, at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case as well as settlement discussions between the parties regarding both the new indictment and the supervised release violation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December

2, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 11, 2011           Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender

                                             /s/ Courtney Fein
                                             COURTNEY FEIN
                                             Assistant Federal Defender
                                             Designated Counsel for Service
                                             Attorney for JORDAN VARNER

DATED: October 11, 2011.          BENJAMIN WAGNER
                                             United States Attorney

                                             /s/ Jason Hitt
                                             JASON HITT
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 14, 2011, status conference hearing be continued to December 2, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 2, 2011, status conference and disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:    October 11, 2011                          /s/ Edward J. Garcia
                                                       United States District Judge