| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant |
| | JORDAN VARNER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-349-EJG |
| | ) | CR.S-11-232-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND DISPOSITION HEARING AND EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| JORDAN VARNER, | ) | |
| | ) | |
| Defendant. | ) | Date: March 9, 2012 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date and disposition hearing date of January 6, 2012, be vacated, and the matter be set for status conference and disposition hearing on March 9, 2012, at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case as well as settlement discussions between the parties regarding both the new indictment and the supervised release violation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 6,

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 3, 2012            Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

                                                /s/ Courtney Fein
                                                COURTNEY FEIN
                                                Assistant Federal Defender
                                                Designated Counsel for Service
                                                Attorney for JORDAN VARNER

DATED: January 3, 2012.           BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Jason Hitt
                                                JASON HITT
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 6, 2012, status conference hearing be continued to March 9, 2012, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the March 9, 2012, status conference and disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: January 3, 2012

                                                  /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
                                                United States District Judge