| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant<br>JORDAN VARNER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-08-349-EJG |
| | ) | CR.S-11-232-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND DISPOSITION HEARING AND EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| JORDAN VARNER, | ) | |
| | ) | |
| Defendant. | ) | Date: April 6, 2012 |
| | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JORDAN VARNER, that the status conference hearing date and disposition hearing date of March 23, 2012, be vacated, and the matter be set for status conference and disposition hearing on April 6, 2012, at 10:00 a.m.

The reason for this continuance is because the Court requested further clarification regarding the plea agreement at the last court appearance on March 9, 2012. The parties require additional time to meet and confer to modify the plea agreement and resubmit an updated plea agreement for the Court's review.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 6, 2012,

pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 22, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for JORDAN VARNER

DATED: March 22, 2012.  BENJAMIN WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 23, 2012, status conference hearing be continued to April 6, 2012, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the April 6, 2012, status conference and disposition hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 21, 2012  /s/ Edward J. Garcia

EDWARD J. GARCIA
United States District Judge